**Order entered March 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01415-CV

**SOUTHAMPTON LTD. AND SOUTHWEST REINSURANCE, INC., Appellants**

**V.**

**FOUR HORSEMEN AUTO GROUP, INC., CHISHOLM TRAIL AUTO GROUP, LLC, CHISHOLM TRAIL AUTO GROUP II, LLC, CHISHOLM TRAIL REAL ESTATE, LLC, Appellees**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-13331**

## ORDER

We **GRANT** appellants' February 26, 2015 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than March 17, 2015.

/s/    CRAIG STODDART
          JUSTICE